UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
VICTOR LOPEZ,

No. 19 CV 11769-LTS-OTW

                Plaintiff,

      -against-

TIMBERLAND LLC,

                Defendant.
--------------------------------------------------------x

<u>ORDER</u>

       On Feb. 2, 2021, the Court granted the parties' request that the Court extend the stay in this case for 90 additional days.  (Docket entry no. 23.)  In their request, the parties noted that if the Second Circuit had not reached a decision by May 4, 2021, in the consolidated appeal in <u>Marcos Calcano v. Swarovski North America Limited</u>, Case No. 20-1552, they would reassess whether the stay should continue in this case and file a status report updating the Court.  The parties have not filed a status report regarding whether they request the stay to continue in this case and are hereby directed to file a joint status update by September 13, 2021.

       SO ORDERED.

Dated: New York, New York
       September 3, 2021.

                         /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge