UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
VICTOR LOPEZ,

                No. 19 CV 11769-LTS-OTW

            Plaintiff,

    -against-

TIMBERLAND, LLC,

            Defendants.
--------------------------------------------------------x

<u>ORDER</u>

On September 3, 2021, the Court entered an order directing the parties to file a status report regarding whether they request the stay to continue in this case by September 13, 2021.  The docket sheet for this action, maintained by the Clerk of Court, indicates that no status report has yet been filed.  Hence, the parties are directed, by **September 28, 2021**, to file a status report indicating their assessment of whether the stay should continue in this case and whether Plaintiff intends to proceed with the prosecution of this action.

SO ORDERED.

Dated: New York, New York
       September 20, 2021.

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge