UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
VICTOR LOPEZ, on behalf of himself
and all others similarly situated,

Plaintiff,

v.

TIMBERLAND LLC,

Defendant.
----------------------------------------------X

Case No.: 1:19-cv-11769

**MEMO ENDORSED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Victor Lopez, and Defendant, VF Outdoor, LLC (improperly named here as "Timberland LLC"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is hereby dismissed in its entirety, with prejudice, with each party to bear their own costs and attorney's fees.

Dated: September 21, 2021

_____
Edward P. Abbot, Esq.
Hawkins Parnell & Young, LLP
600 Lexington Avenue, 8th Floor
New York, NY 10022
(T) (212) 897-9659
Email: eabbot@hpylaw.com
Attorneys for Defendant

The stay on this case is hereby lifted and
the case is dismissed. The Clerk of Court
is respectfully directed to close the case.
SO ORDERED.
9/23/2021
/s/ Laura Taylor Swain, Chief USDJ

_____
Bradly Marks, Esq.
The Marks Law Firm, P.C.
54 West 40th Street, Suite 1131
New York, NY 10018
(T) (646) 770-3775
Email: brad@markslawpc.com
Attorneys for Plaintiff